IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00197-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERICK LAMARK HALL | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant pro se motion for a concurrent sentence. (Doc. No. 95).

Based on his cooperation with law enforcement, the defendant asks that the sentence in this case run concurrently with a sentence in a Middle District of North Carolina case imposed in December 2004. (Id. at 2). When this Court sentenced the defendant in March 2006, it considered the defendant's cooperation, (Doc. No. 58: Motion; Doc. No. 61: Statement of Reasons at 2), and ordered the sentence to run consecutively to the Middle District case. (Doc. No. 60: Judgment at 2). The defendant has not shown any authority to alter the final Judgment.

**IT IS, THEREFORE, ORDERED** that the defendant's request for a concurrent sentence, (Doc. No. 95), is **DENIED**.

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge